IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-00201-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| | ) | |
| KEITH WILLIAM DEICHERT | ) | |

Upon motion of the United States of America, and for good cause shown by the reasons in the Government's motion, it is hereby ORDERED that the Government's motion to extend the page-limit for responding to the Defendant's motion to suppress is GRANTED.

This __19th__ day of November, 2016.

LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE